

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )  1:12-CV-00111-LJO-SMS
                                        )
12 |            Plaintiff,              )  **ORDER REGARDING CLERK'S**
                                        )  **ISSUANCE OF WARRANT FOR**
13 |       v.                           )  **ARREST OF ARTICLES *IN***
                                        )  ***REM***
14 | APPROXIMATELY $18,700.00 IN U.S.   )
     CURRENCY,                          )
15 |                                    )
              Defendant.                )
16 |                                    )

17        WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on January

18 25, 2012, in the United States District Court for the Eastern District of California, alleging

19 that the defendant approximately $18,700.00 in U.S. Currency (hereafter "defendant

20 currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for

21 one or more violations of 21 U.S.C. §§ 841 *et seq.*;

22        And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In

23 Rem* and the affidavit of Drug Enforcement Administration Special Agent Mark E. Putnam,

24 there is probable cause to believe that the defendant currency so described constitutes

25 property that is subject to forfeiture for such violation(s), and that grounds for the issuance

26 of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the

27 Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

28        IT IS HEREBY ORDERED that the Clerk for the United States District Court,

Order Regarding Clerk's Issuance of Warrant
for Arrest of Articles *In Rem*

1 | Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the

2 | defendant currency.

3 | Dated: _____

DENNIS L. BECK
United States Magistrate Judge

Order Regarding Clerk's Issuance of Warrant
for Arrest of Articles *In Rem*