BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-00111-LJO-SMS |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $18,700.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed April 20, 2012.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment has passed and no timely objections have been filed.  An Order Adopting Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment was filed on June 12, 2012. Based on the Magistrate Judge's Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment, and the files and records of the Court, it is

///

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's May 17, 2012 Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment in full.

2. Mario Castro, Joe Sandoval, Jr., and Della Marie Sandoval are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $18,700.00 in U.S. Currency of Mario Castro, Joe Sandoval, Jr., Della Marie Sandoval, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $18,700.00 in U.S. Currency, including all right, title, and interest of Mario Castro, Joe Sandoval, Jr., Della Marie Sandoval; and vesting all right, title, and interest in the defendant approximately $18,700.00 in U.S. Currency in the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **June 12, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE